UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COXCOM, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SUPER TOWERS, INC., ET AL., <br><br> Defendants. | Case No. 1:21-cv-11124-DJC <br><br> **ECF Case** |

**DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE
AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants Super Towers, Inc. ("Super Towers") and WNAC, LLC ("WNAC") (jointly "Defendants") respectfully request a **thirty day** extension of the deadline for Defendants to answer or otherwise respond to the Plaintiff's Complaint. The answer or response to the Complaint is currently due Friday, July 30, 2021. If granted, the new deadline would be August 30, 2021.

As grounds for their motion, Defendants state the following:

1. Coxcom, LLC ("Cox") served letters to Defendants and Mission Broadcasting raising the issue of potential breach and dispute over applicable rates on December 29, 2020, and again on January 12, 2021. Defendants responded promptly in January 2021.

2. Cox did not follow up until filing a complaint on July 7, 2021.

3. Super Towers and WNAC were served on July 9, 2021.

4. Super Towers and WNAC are being indemnified by Mission Broadcasting, Inc. ("Mission") in connection with this matter, and needed time to make the indemnification request, as well as formalize the representation.

5. On Monday, July 26, 2021, counsel for Cox and counsel for Super Towers and WNAC met and conferred about an extension of time for Defendants to respond to the Complaint. The Parties agreed jointly to an extension until August 9th, with the understanding that Super Towers and WNAC may ultimately seek a longer extension.

6. Scheduling difficulties, including summer vacation plans and other matters, have contributed to delays.

7. Further, Super Towers is in the process of retaining local counsel.

8. Extensions of time to answer or otherwise respond to a complaint are routinely granted. *See*, *Diaz v. Drew*, 253 F. Supp. 3d 369, 374 (D. Mass. 2017) (granting Defendants motion for an extension of time to respond to the complaint); *Niemic v. Maloney*, 409 F. Supp. 2d 32, 37 (D. Mass. 2005) (Recognizing that the Court had granted Defendants three extensions of time to answer the complaint for reasons including "various scheduling difficulties brought about by vacation plans, illness and counsel's work on other cases.")

WHEREFORE, Defendants respectfully request that this Honorable Court extend the deadline for Defendants to answer or otherwise respond to the Complaint until August 30, 2021.

        Respectfully submitted,

        Super Towers, Inc. and WNAC, LLC

        By their attorneys,

        /s/ *Kristina R. Cary*
        Kristina R. Cary
        MA BBO#688759
        kristina.cary@kirkland.com
        KIRKLAND & ELLIS LLP
        200 Clarendon Street
        Boston, MA 02116
        Tel: (617) 385-7500
        Fax: (617) 385-7501

        Matthew Solum*
        Brittney Nagle*
        Kirkland & Ellis LLP
        601 Lexington Avenue
        New York, NY 10022
        Tel: (212) 446-4688
        Email: msolum@kirkland.com
        **pro hac vice forthcoming*

Dated: July 29, 2021

## Local Rule 7.1(a)(2) Certification

    On July 26, 2021, counsel for Defendants conferred with counsel for Plaintiffs about this motion and counsel for Plaintiffs indicated that Plaintiffs would not assent to this motion.

        /s/ *Kristina R. Cary*

## CERTIFICATE OF SERVICE

    I, Kristina R. Cary, hereby certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 29, 2021.

        /s/ *Kristina R. Cary*
        Kristina R. Cary