IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COXCOM, LLC, d/b/a COX COMMUNICATIONS,<br><br>       Plaintiff,<br><br>    v.<br><br>SUPER TOWERS, INC., and WNAC, LLC,<br><br>       Defendants. | Case No. 1:21-cv-11124-DJC |

## PLAINTIFF COXCOM LLC'S EMERGENCY MOTION FOR DECLARATORY JUDGMENT

Plaintiff CoxCom LLC, d/b/a Cox Communications, ("Cox") moves for declaratory judgment against Defendants Super Towers, Inc. ("Super Towers") and WNAC, LLC ("WNAC") under the Declaratory Judgment Act, 28 U.S.C. § 2201, and Federal Rule of Civil Procedure 57. In support of this motion, Cox relies upon the Complaint (D. 1), the accompanying Memorandum of Law, Separate Statement of Undisputed Facts, and Declaration of Chris Tygh with supporting Exhibits.

For these reasons, Cox requests the Court grant the motion and enter a declaratory judgment that:

(1)    Defendants were required to have Mission assume and agree to the WNAC Retransmission Agreement;

(2)    the terms of the WNAC Retransmission Agreement remain in full force and effect until 11:59 p.m. Eastern Standard Time on February 23, 2023, or until further order of this Court;

(3)     Cox does not infringe upon WNAC's copyright by continuing to retransmit the WNAC-TV broadcast signal under the terms of the WNAC Retransmission Agreement;

(4)     Defendants shall indemnify and hold harmless Cox against any third-party claims, liability, causes of action, and costs (including reasonable attorneys' fees) arising from, or in connection with, the breach by Super Towers and WNAC of the WNAC Retransmission Agreement; and

(5)     any further relief as the Court deems just and equitable.

Dated: August 2, 2021            Respectfully submitted,

*/s/ Brian O'Connor Watson*
Patricia Brown Holmes (*pro hac vice*)
Brian O'Connor Watson (*pro hac vice*)
Allison N. Siebeneck (*pro hac vice*)
Jeffrey W. Gordon
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
pholmes@rshc-law.com
bwatson@rshc-law.com
asiebeneck@rshc-law.com
jgordon@rshc-law.com

*Counsel for CoxCom, LLC, d/b/a Cox Communications*

## **LOCAL RULE 7.1 CERTIFICATE**

I certify that I conferred with opposing counsel on July 22, 23, 26, and 30, 2021, and August 2, 2021 in a good faith effort to narrow or resolve the issues presented by this motion. Defendants' counsel will not agree to any terms related to the requested relief or offer a proposal between the parties that will narrow or resolve the issues presented by this Motion.

/s/ *Brian O'Connor Watson*
Counsel for Plaintiff CoxCom, LLC,
d/b/a Cox Communications

## **CERTIFICATE OF SERVICE**

I certify that on August 2, 2021, the foregoing document was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record and will likewise be available electronically to any attorneys of record who appear in this matter.

/s/ *Brian O'Connor Watson*
Counsel for Plaintiff CoxCom, LLC,
d/b/a Cox Communications