# EXHIBIT 4

Timothy Sheehan
Super Towers, Inc.
WNAC, LLC
470 Atlantic Ave, Floor Four
Boston, MA 02210

*Received by
Content Acquisition
Cox Communications
NOV 25 2020*

November 5th, 2020

Cox Communications, Inc.
6205-B Peachtree- Dunwoody Road
Atlanta, GA 30328
Attention: Content Acquisition Department

To Whom It May Concern,

The purpose of this letter is to notify you (i) that on October 29, 2020, the FCC released a public notice announcing its grant of the assignment application for the assignment by WNAC, LLC, of its FCC license for WNAC-TV to Mission Broadcasting, Inc., 901 Indiana Ave, Suite 375, Wichita Falls, TX, 76301, and (ii) that on the closing date of the transaction, which has not been set, Super Towers, Inc. (and its wholly owned subsidiary, WNAC, LLC) intends to assign to Mission the Retransmission Consent Agreement effective on March 1, 2014 (as amended on March 1, 2017 and February 11, 2020) by and between Super Towers (and its wholly owned subsidiary, WNAC, LLC), Inc and COXCOM, LLC (dba Cox Communications). Mission is already a station group owner serving 21 markets and the FCC has recently granted several other applications allowing Mission Broadcasting to purchase other stations. While no date has been set for closing, we anticipate it occurring prior to the end of the year. WNAC will notify Cox Communications when a closing date has been set.

Sincerely,

Timothy Sheehan
Pres, Super Towers, Inc.