# EXHIBIT 5

Chris Sullivan, Esq.
WNAC, LLC
Super Towers, Inc.
470 Atlantic Ave, Floor 4
Boston, MA 02210

Received by
Content Acquisition
Cox Communications

NOV 25 2020

November 16, 2020

Cox Communications, Inc   (*via Fed Ex*)
Attn:  Content Acquisition Dept.
6205-B Peachtree-Dunwoody Road
Atlanta, GA 30328

Re:   Retransmission Consent Agreement, effective as of March 1, 2017, between Super Towers, Inc. ("Super Towers") and CoxCom, LLC, as amended by Amendment, effective February 11, 2020 (as amended, the "RTC Agreement")

To:  Content Acquisition Dept.

On October 29, 2020, the FCC released a public notice announcing its grant of the assignment application for the assignment by WNAC, LLC ("WNAC"), of its FCC license for television station WNAC-TV, Providence, RI (the "Station"), to Mission Broadcasting, Inc. ("Mission"), 901 Indiana Ave, Suite 375, Wichita Falls, TX 76301.  WNAC anticipates that the closing of its assignment of its FCC license and its sale of the Station to Mission will occur in December, and that as part of the closing, Super Towers will assign to Mission, and Mission will assume, the RTC Agreement.

As broker under a grandfathered time brokerage agreement, Nexstar Broadcasting, Inc. ("Nexstar") currently provides, and will continue post-closing to provide, programming for the Station. Mission and Nexstar have requested information and/or copies of the RTC Agreement, and as a condition thereto, they have agreed in writing to abide by the confidentiality provisions set forth in Section 16 of the RTC Agreement. They have further agreed that prior to closing WNAC will only provide redacted versions of the RTC Agreement that shall not include any fee or rate per subscriber information.

Please contact the undersigned if you have any questions regarding Super Tower's provision of information regarding the RTC Agreement to Mission and/or Nexstar, and Super Towers' assignment of the RTC Agreement to Mission at closing.

Sincerely,

Chris Sullivan, Esq.

cc: Legal Affairs Dept,, Cox Communications, Inc. (*via Fed Ex*)