# EXHIBIT 6



Content Acquisition
6205-B Peachtree Dunwoody Road
Atlanta, GA 30328

December 10, 2020

<u>*Via Electronic Mail*</u>

Super Towers, Inc.
34 Main Street
Wenham, MA 01984
Attn: Timoty Sheehan

Chris Sullivan, Esq.
WNAC, LLC
Super Towers, Inc.
470 Atlantic Ave., Floor 4
Boston, MA 02210

Re: <u>Retransmission Consent Agreement dated March 1, 2017, as amended on February 11, 2020, between Super Towers, Inc. and its wholly-owned subsidiary WNAC, LLC ("Broadcaster") and CoxCom, LLC d/b/a Cox Communications ("Cox") (the "Agreement")</u>

Dear Chris,

Cox is in receipt of your letters dated November 5, 2020, and November 16, 2020, informing Cox of the sale of television station WNAC-TV, Providence, RI, to Mission Broadcasting, Inc. ("Mission"). Pursuant to Section 18(b) of the above-referenced Agreement, this letter serves as a request and consent from Cox to the assignment of the Agreement to Mission with respect to distribution of the Staion's signal following consummation of the sale.

Due to the ongoing national health crisis, Cox requests a waiver of the formal notice requirements set forth in the Agreement and is sending this letter by electronic mail. Should you have any questions or objections to this delivery method, please let Cox know as soon as possibly by e-mail to chris.tygh@cox.com.

Sincerely,

Andrew I. Albert
SVP, Content Acquisition

cc: Jack Goodman, Esq. (by electronic mail)