# EXHIBIT 7

Chris Sullivan, Esq.
WNAC, LLC
Super Towers, Inc.
470 Atlantic Ave, Floor 4
Boston, MA 02210

December 18, 2020

Chris Tygh, Esq. (*via email*: Chris.Tygh@cox.com)
Vice President, Content Acquisition
Cox Communications, Inc.
6205-B Peachtree Dunwoody Road
Atlanta, Georgia 30328

Re:   Retransmission Consent Agreement dated March 1, 2017, as amended on February 11, 2020, between Super Towers, Inc. and its wholly owned subsidiary WNAC, LLC ("Broadcaster") and CoxCom, LLC d/b/a Cox Communications ("Cox") (the "RTC Agreement")

To:  Chris Tygh

Thank you for sending us via email Mr. Albert's letter dated December 10, 2020. Mission Broadcasting has informed Super Towers that WNAC-TV will comprise an "after-acquired" station under the Mission/Cox retransmission consent agreement, instead of its assuming the Super Towers/Cox RTC Agreement, which would thus terminate at closing. A closing date for the sale has not yet been set. Super Towers will inform Cox once a date is set.

We have not provided a copy of the RTC Agreement to Mission, nor do we know the terms of the Mission/Cox agreement. Please contact Mission directly to coordinate any arrangements that are necessary to add WNAC-TV to the Mission/Cox agreement. Please let us know if you need any information from us relating to the addition of WNAC-TV to the Mission/Cox agreement at closing.

As requested in the last paragraph of Mr. Albert's letter, Super Towers waives the formal notice requirements in the RTC Agreement and mutually agrees to our exchange via electronic mail of correspondence regarding the RTC Agreement.

Sincerely,

Chris Sullivan, Esq.

cc:   Jack N. Goodman, Esq (*via email*: jack@jackngoodman.com)