# EXHIBIT 9

# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Gary S. Lutzker
direct dial: 202.861.1782
glutzker@bakerlaw.com

**By Overnight Mail**
**Confirmation By Electronic Mail: monomoybound@gmail.com;**
**missionbroadcasting@gmail.com**

January 12, 2021

Super Towers, Inc.                          Mission Broadcasting, Inc.
34 Main Street                              901 Indiana Avenue
Wenham, MA  01984                           Suite 375
                                            Wichita Falls, TX 76301

    Attn:  Timothy Sheehan, President            Attn: Dennis Thatcher, President

Re:   Notice of Estimated Damages for Potential Breach of Retransmission Consent Agreement

Dear Mr. Sheehan and Mr. Thatcher:

On December 29, 2020, Baker & Hostetter, LLP on behalf of Cox, notified Super Towers and Mission of, among other things, Super Towers impending breach of the WNAC RTC Agreement based on the facts and intentions reflected in the Super Towers Correspondence (the "**Breach Notice**").  The Breach Notice is incorporated herein by reference, and capitalized terms not otherwise defined herein have the meanings ascribed to them in the Breach Notice.

As discussed in the Breach Notice, Cox intends to enforce its rights under the Agreements to the full extent allowed by law.  We hereby notify Super Towers and Mission that if Super Towers breaches the WNAC RTC Agreement, Cox estimates the minimum damages it will suffer through February 28, 2023 (*i.e.*, through the remaining term of the WNAC RTC Agreement) to be approximately $4,000,000.00.

As also discussed in the Breach Notice, however, Cox would prefer to resolve the potential breach in accordance with the parties' legitimate expectations under the Agreements, if possible.  Cox therefore suggested a meeting to discuss a possible resolution of this matter that

Mr. Timothy Sheehan
Mr. Dennis Thatcher
January 12, 2021
Page 2

might avoid the litigation which otherwise apparently would be necessary to enforce Cox's rights. Neither Super Towers nor Mission has responded to the Breach Notice or to date indicated an acceptance of Cox's suggestion to discuss a potential resolution of the issues prior to consummation of the Proposed Transaction.

Cox reserves all its rights under the Agreements and reiterates its intention to enforce them to the fullest extent allowed by law. Please contact the undersigned if you are interested in discussing a potential resolution of the issues outlined in the Breach Notice prior to consummation of the Proposed Transaction.

Sincerely,

Gary S. Lutzker
Counsel for Cox Communications, Inc.

cc: Andrew I. Albert (e-mail only)
    Chris Tygh (e-mail only)
    Law Offices of Jack N. Goodman  jack@jackngoodman.com
    Chris Sullivan (e-mail only) Sullivan.chrisr@gmail.com
    Nexstar Broadcasting Group, Inc.
        Attn: General Counsel
    ID Media
        Attn: Eric Sahl