# EXHIBIT 12

Super Towers, Inc.
470 Atlantic Ave, Suite 400
Boston, MA 02210

June 21st, 2021

**VIA FEDERAL EXPRESS AND BY EMAIL TO (Chris.Tygh@cox.com)**

Cox Communications, Inc
Attn: Content Acquisition Department
6205-B Peachtree- Dunwoody Road
Atlanta, GA 30328

Re:     Notification regarding the Retransmission Consent Agreement, effective March 1st, 2017, as amended on February 11th, 2020, ("Agreement") by and between Cox Communications, Inc. ("Cox") and Super Towers, Inc.

Dear Sir or Madam:

With this letter, Super Towers, Inc. hereby provides notice of the sale of broadcast television station WNAC, Providence, Rhode Island (the "Station") to Mission Broadcasting, Inc. ("Mission"). As of **June 16, 2021** ("Effective Date"), Super Towers, Inc. is no longer the owner of the Station. Accordingly, as of the Effective Date, regardless of whether Mission may have assumed the Agreement with WNAC, LLC, Cox's carriage of the Station will thereafter be subject to either the terms of Mission's retransmission consent agreement with Cox including the "after-acquired" station provisions thereof, or another agreement between Cox and Mission.

Please continue to remit all retransmission consent payments due for the period up to and including June 15th, 2021, including a prorated payment for June, to Super Towers, Inc. by the same method you have used previously. Mission Broadcasting, Inc. will instruct you where to send payments related to the period after June 15th, 2021.

Please contact the undersigned with any questions.

Sincerely,

Super Towers, Inc.

By: _____

Print Name: TIM SHEEHAN
Title: PRES

cc: Cox Communications, Inc. Legal Affairs Dept

Super Towers, Inc.
470 Atlantic Ave, Suite 400
Boston, MA 02210

June 21st, 2021

***VIA FEDERAL EXPRESS AND BY EMAIL TO (Chris.Tygh@cox.com)***

Cox Communications, Inc
Attn: Legal Affairs Dept
6205-B Peachtree- Dunwoody Road
Atlanta, GA 30328

Re:   Notification regarding the Retransmission Consent Agreement, effective March 1st, 2017, as amended on February 11th, 2020, ("Agreement") by and between Cox Communications, Inc. ("Cox") and Super Towers, Inc.

Dear Sir or Madam:

With this letter, Super Towers, Inc. hereby provides notice of the sale of broadcast television station WNAC, Providence, Rhode Island (the "Station") to Mission Broadcasting, Inc. ("Mission"). As of **June 16, 2021** ("Effective Date"), Super Towers, Inc. is no longer the owner of the Station. Accordingly, as of the Effective Date, regardless of whether Mission may have assumed the Agreement with WNAC, LLC, Cox's carriage of the Station will thereafter be subject to either the terms of Mission's retransmission consent agreement with Cox including the "after-acquired" station provisions thereof, or another agreement between Cox and Mission.

Please continue to remit all retransmission consent payments due for the period up to and including June 15th, 2021, including a prorated payment for June, to Super Towers, Inc. by the same method you have used previously. Mission Broadcasting, Inc. will instruct you where to send payments related to the period after June 15th, 2021.

Please contact the undersigned with any questions.

Sincerely,

Super Towers, Inc.

By: _____

Print Name: TIM SHEEHAN
Title: PRES

cc: Cox Communications, Inc. Content Acquisition Department