# EXHIBIT 13

| | |
|---|---|
| **From:** | Brian Watson |
| **To:** | Jack N. Goodman |
| **Cc:** | "Matthew Krauss"; Patricia Holmes; Jeffrey Gordon; Allison Siebeneck; Jennifer Steeve |
| **Subject:** | RE: [EXTERNAL EMAIL] CoxCom, LLC v. Super Towers, Inc. |
| **Date:** | Friday, July 23, 2021 4:52:54 PM |

Jack,

Here is another proposal. We plan to move for a speedy hearing on declaratory judgment. Will Defendants agree to answer by the hearing?

Thanks again.

Brian O'Connor Watson
Riley Safer Holmes & Cancila LLP
70 W Madison St, Ste 2900
Chicago, Illinois  60602
(312) 471-8700 (main)
(312) 471-8776 (direct)
(312) 281-8801 (cell)
bwatson@rshc-law.com
www.rshc-law.com

**From:** Jack N. Goodman <jack@jackngoodman.com>
**Sent:** Friday, July 23, 2021 3:43 PM
**To:** Brian Watson <bwatson@rshc-law.com>
**Cc:** 'Matthew Krauss' <mkrauss@wmclaw.com>; Patricia Holmes <pholmes@rshc-law.com>; Jeffrey Gordon <JGordon@rshc-law.com>; Allison Siebeneck <ASiebeneck@rshc-law.com>; Jennifer Steeve <JSteeve@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] CoxCom, LLC v. Super Towers, Inc.

Brian,

We appreciate your response but don't think we can reach an agreement on this point. A thirty-day extension to respond to a complaint is not excessive, and in our experience is often agreed to by the parties as a matter of course and professional courtesy. We are aware of no impact that Cox would suffer from this short extension that would not also occur if we were to answer the Complaint on July 30. We certainly cannot agree to concede financial relief that Cox is seeking in this case as a condition for such an extension, particularly since, as I have explained to you and to Cox's FCC counsel, we have no authority to bind Mission, which now is the licensee of the station.

Given the parties' inability to reach agreement and the impending July 30 deadline, we will plan to seek an extension on an emergency basis and will note Cox's opposition.

Best,

Jack

**GOODMAN**

Jack N. Goodman
2101 L Street, NW
Suite 300
Washington, DC 20036
jack@jackngoodman.com
O: 202-776-2045
M: 202-251-7507

---

**From:** Brian Watson <bwatson@rshc-law.com>
**Sent:** Friday, July 23, 2021 3:05 PM
**To:** Jack N. Goodman <jack@jackngoodman.com>
**Cc:** Matthew Krauss <mkrauss@wmclaw.com>; Patricia Holmes <pholmes@rshc-law.com>; Jeffrey Gordon <JGordon@rshc-law.com>; Allison Siebeneck <ASiebeneck@rshc-law.com>; Jennifer Steeve <JSteeve@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] CoxCom, LLC v. Super Towers, Inc.

Jack and Matthew,

Thank you again for the call and email.

Cox would prefer to consent to an extension but cannot agree to 30 days. As discussed, the payment deadline under the agreement is August 16, but Defendants will not agree to terms related to the payment, agree to expedite the declaratory judgment action, or propose another alternative that will not harm Cox.

We are available to talk more. If Defendants file a motion, please include Cox's position.

Thanks, and please let us know.

Brian O'Connor Watson

Riley Safer Holmes & Cancila LLP
70 W Madison St, Ste 2900
Chicago, Illinois  60602
(312) 471-8700 (main)
(312) 471-8776 (direct)
(312) 281-8801 (cell)
bwatson@rshc-law.com
www.rshc-law.com

---

**From:** Jack N. Goodman <jack@jackngoodman.com>
**Sent:** Friday, July 23, 2021 12:27 PM
**To:** Brian Watson <bwatson@rshc-law.com>
**Cc:** Matthew Krauss <mkrauss@wmclaw.com>
**Subject:** [EXTERNAL EMAIL] CoxCom, LLC v. Super Towers, Inc.

Brian,

Following up on our call yesterday asking for your consent to a 30-day extension of the time for Super Towers, Inc. to reply to the complaint in this suit.  Have you been able to contact your client to determine whether it will consent?

Matthew Krauss, who is copied on this message, has been retained by Super Towers in connection with this case.  Given the fact that a response would be due next week, we would appreciate a response by the close of business today since, absent consent, we will need to file an emergency motion for an extension on Monday.

Best,

Jack Goodman


**GOODMAN**

Jack N. Goodman
2101 L Street, NW
Suite 300
Washington, DC 20036
jack@jackngoodman.com
O: 202-776-2045
M: 202-251-7507

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.