# EXHIBIT 14

| | |
|---|---|
| **From:** | Brian Watson |
| **To:** | Nagle, Brittney |
| **Cc:** | Solum, Matthew; Patricia Holmes; Allison Siebeneck; Jennifer Steeve; Jeffrey Gordon |
| **Subject:** | RE: [EXTERNAL EMAIL] CoxCom, LLC v. Super Towers, Inc. |
| **Date:** | Monday, July 26, 2021 6:53:27 PM |

Brittney — We also discussed whether defendants will agree to terms related to the August 16 payment and expedite the declaratory judgment for a speedy hearing. Like last week, defendants were not in a position to do so. Please let us know.

Thanks again, and look forward to working with you and Matt.

Brian O'Connor Watson
Riley Safer Holmes & Cancila LLP
70 W Madison St, Ste 2900
Chicago, Illinois  60602
(312) 471-8700 (main)
(312) 471-8776 (direct)
(312) 281-8801 (cell)
bwatson@rshc-law.com
www.rshc-law.com

**From:** Nagle, Brittney <bee.nagle@kirkland.com>
**Sent:** Monday, July 26, 2021 5:37 PM
**To:** Brian Watson <bwatson@rshc-law.com>
**Cc:** Solum, Matthew <msolum@kirkland.com>
**Subject:** [EXTERNAL EMAIL] CoxCom, LLC v. Super Towers, Inc.

Hi Brian,

Thanks for taking my call this afternoon. As discussed, the parties agree to extend Super Tower's time to respond to the complaint to Monday, August 9th, with the understanding that counsel for Super Tower's may still seek an extension from the court if necessary.

Thank you,

**Brittney Nagle**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 390 4210
**M** +1 917 826 2399
**F** +1 212 446 4900
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

brittney.nagle@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.