# EXHIBIT 15



Brian O'Connor Watson
(312) 471-8776
bwatson@rshc-law.com

July 27, 2021

**CONFIDENTIAL COMPROMISE COMMUNICATION**
**VIA EMAIL**

Super Towers, Inc.
 Attn: Timothy Sheehan, President
WNAC LLC
 Attn: Timothy Sheehan, Manager
c/o Matthew Solum
Brittney Nagle
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
msolum@kirkland.com
brittney.nagle@kirkland.com

  Re: **Notice of Indemnification Request**

Dear Mr. Sheehan:

  CoxCom, LLC d/b/a Cox Communications ("Cox") requests that Super Towers, Inc. ("Super Towers") and WNAC, LLC ("WNAC") indemnify and hold harmless Cox under the March 1, 2017 Retransmission Consent Agreement and the February 11, 2020 Amendment to Retransmission Agreement (collectively, "WNAC Retransmission Agreement").

  The WNAC Retransmission Agreement became effective on March 1, 2017, was amended and extended on February 11, 2020, and expires by its terms on February 28, 2023. Section 18(b) of the WNAC Retransmission Agreement makes clear that, at Cox's request, Super Towers and WNAC shall require a Station Transferee to assume the WNAC Retransmission Agreement, to agree to abide by its provisions through the rest of the term, and to agree that its terms supersede any conflicting provision in any other retransmission consent agreement. Section 14(a) of the WNAC Retransmission Agreement further provides that Super Towers and WNAC shall indemnify and hold harmless Cox against any Losses (as defined) arising from, or in connection with, the breach by Super Towers and WNAC of any of their covenants, representations, warranties, or agreements.

  Super Towers and WNAC have breached the WNAC Retransmission Agreement. On June 18, 2021, Mission Broadcasting, Inc. ("Mission") notified Cox that as of June 16, 2021, Mission consummated its acquisition of the television broadcast station WNAC-TV from Super Towers.

CONFIDENTIAL COMPROMISE COMMUNICATION
July 27, 2021
Page 2

Mission has claimed that Cox's continued carriage of WNAC-TV will now be governed by Cox's retransmission consent agreement with Mission. Thus, Super Towers and WNAC have breached by failing to assign, and to require Mission to assume and agree to, the WNAC Retransmission Agreement.

By August 16, 2021, Cox must pay the monthly license fee to Mission for the period June 16, 2021 to June 30, 2021. Under the WNAC Retransmission Agreement, Cox owes a license fee of ▮▮▮▮▮. Under Cox's retransmission consent agreement with Mission, Mission claims that Cox owes a license fee of ▮▮▮▮▮. Accordingly, Cox requests that Super Towers and WNAC pay Mission for the claimed difference of ▮▮▮▮▮.

Cox makes this request for indemnification subject to your respective confidentiality obligations as attorneys for Mission, Super Towers, and WNAC, the litigation currently pending in the U.S. District Court for the District of Massachusetts, *CoxCom, LLC v. Super Towers, Inc. and WNAC, LLC*, No. 1:21-cv-11124, and any other current or future rights Cox may seek to enforce under any retransmission consent agreement.

Please advise within seven days, by August 3, 2021, whether Super Towers and WNAC will comply with their indemnification obligations as requested.

Sincerely,

*Brian O'Connor Watson* (signature)

Brian O'Connor Watson