IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COXCOM, LLC, d/b/a COX COMMUNICATIONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPER TOWERS, INC. and WNAC, LLC,<br><br>　　　　Defendants. | Case No. 1:21-cv-11124-DJC |

## [PROPOSED] ORDER

**CASPER, J.**                                                                 **August __, 2021**

Plaintiff CoxCom, LLC's Motion for Declaratory Judgment is hereby GRANTED as follows:

(a)　This Court finds that Defendants were required to have Mission Broadcasting, Inc. assume and agree to the WNAC Agreement as part of the sale of the WNAC-TV broadcast television station.

(b)　The terms of the WNAC Agreement remain in full force and effect until 11:59 p.m. Eastern Standard Time on February 23, 2023, or until further order of this Court.

(c)　Cox does not infringe upon WNAC's copyright by continuing to retransmit the WNAC broadcast signal under the terms of the WNAC Agreement.

(d)　Defendants shall indemnify and hold harmless Cox against any third-party claims, liability, causes of action, and costs (including reasonable attorneys' fees) arising from, or in connection with, Defendants' breach of the WNAC Agreement.

**SO ORDERED.**

_____
Denise J. Casper
United States District Judge