IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COXCOM, LLC, d/b/a COX COMMUNICATIONS,<br><br>          Plaintiff,<br><br>     v.<br><br>SUPER TOWERS, INC., and WNAC, LLC,<br><br>          Defendants. | Case No. 1:21-cv-11124-DJC |

## **PLAINTIFF COXCOM LLC'S MOTION FOR SPEEDY HEARING**

Plaintiff CoxCom LLC, d/b/a Cox Communications, ("Cox") moves for a speedy hearing by August 16, 2021 on Cox's request for declaratory judgment as set forth in Count I of the Complaint (D. 1) and the Motion for Declaratory Judgment (D. 17) under 28 U.S.C. § 2201 and Federal Rule of Civil Procedure 57. In support of this motion, Cox relies upon the Complaint (D. 1) and the accompanying Memorandum of Law.

For these reasons, Cox requests that the Court grant the motion and enter the following relief:

(1) an expedited briefing schedule on Cox's Motion for Declaratory Judgment, including that Defendants shall file any opposition related to the plain language of the WNAC Agreement within 7 days, Cox shall file a reply with leave of court, and that the parties confer on an agreed briefing schedule for the remaining issues;

(2) a speedy hearing on Cox's request for declaratory judgment by August 16, 2021; and

(3) any further relief as the Court deems just and equitable.

Dated: August 2, 2021         Respectfully submitted,

                                   */s/ Brian O'Connor Watson*
Patricia Brown Holmes (*pro hac vice*)
Brian O'Connor Watson (*pro hac vice*)
Allison N. Siebeneck (*pro hac vice*)
Jeffrey W. Gordon
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
pholmes@rshc-law.com
bwatson@rshc-law.com
asiebeneck@rshc-law.com
jgordon@rshc-law.com

*Counsel for CoxCom, LLC, d/b/a Cox Communications*

## **LOCAL RULE 7.1 CERTIFICATE**

I certify that I conferred with opposing counsel on July 22, 23, 26, and 30, and August 2, 2021 in a good faith effort to narrow or resolve the issues presented by this motion. Defendants' counsel will not agree to any terms related to the request relief or offer a proposal between the parties that will narrow or resolve the issues presented by this motion.

/s/ *Brian O'Connor Watson*
Counsel for Plaintiff CoxCom, LLC,
d/b/a Cox Communications

## CERTIFICATE OF SERVICE

I certify that on August 2, 2021, the foregoing document was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record and will likewise be available electronically to any attorneys of record who appear in this matter.

/s/ *Brian O'Connor Watson*
Counsel for Plaintiff CoxCom, LLC,
d/b/a Cox Communications