IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COXCOM, LLC, d/b/a COX COMMUNICATIONS,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPER TOWERS, INC. and WNAC, LLC,<br><br>    Defendants. | Case No. 1:21-cv-11124-DJC |

**[PROPOSED] ORDER**

**CASPER, J.**                                                                                             **August __, 2021**

Plaintiff CoxCom, LLC's Motion for Speedy Hearing is hereby GRANTED as follows:

(1)    This Court enters an expedited briefing schedule on Cox's Motion for Declaratory Judgment. Defendants shall file any opposition related to the plain language of the WNAC Agreement within 7 days. Cox shall file a reply with leave of Court. The parties shall confer on an agreed briefing schedule for the remaining issues.

(2)    This Court will hold a hearing on Cox's request for declaratory judgment on August __, 2021.

**SO ORDERED.**

_____
Denise J. Casper
United States District Judge