# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COXCOM, LLC, d/b/a COX COMMUNICATIONS,<br><br>        Plaintiff,<br><br>    v.<br><br>SUPER TOWERS, INC. and WNAC, LLC,<br><br>        Defendants. | Case No. 1:21-cv-11124-DJC |

## [PROPOSED] ORDER

**CASPER, J.**                                                                                                    **August __, 2021**

Plaintiff CoxCom, LLC's Agreed Motion for Leave to File Under Seal is hereby GRANTED. Plaintiff may file under seal Exhibits 1, 2, and 3 to the Declaration of Chris Tygh in Support of Plaintiff's Motion for Declaratory Judgment (D. 17), and the material should be sealed until further order of the Court.

    **SO ORDERED.**

                                                Denise J. Casper
                                                United States District Judge