# EXHIBIT 2
# (Redacted)

*EXECUTION COPY*

### AMENDMENT TO
### RETRANSMISSION AGREEMENT

This Amendment to Retransmission Agreement (**"Amendment"**) is made as of February [ ], 2020, by and between **COXCOM, LLC d/b/a COX COMMUNICATIONS,** on behalf of its subsidiary entities operating the Systems ("Operator") and Super Towers, Inc. and its wholly-owned subsidiary, WNAC, LLC ("Broadcaster").

**WHEREAS,** the Parties previously entered into that certain Retransmission Agreement dated March 1, 2014 (the **"Agreement"**); and

**WHEREAS,** the Parties desire to amend the Agreement in accordance with the terms contained herein;



2.      **Section 2 (*Term*).** The expiration date of February 29, 2020, is hereby deleted in its entirety and the following inserted therefor: "February 28, 2023"



5.      **Integration; Conflicts.** This Amendment and the Agreement set forth the Parties' entire agreement with respect to the subject matter hereof and thereof. Except as expressly modified by this Amendment, each and every term and condition set forth in the Agreement, and each Party's rights and obligations thereunder, shall remain in full force and effect in accordance with its terms. In the event of a conflict between any term or condition set forth in this Amendment and any term or condition of the Agreement, the terms and conditions of this Amendment shall govern and prevail.

*EXECUTION COPY*

**IN WITNESS WHEREOF,** the Parties have caused this Amendment to be executed by their duly authorized officers as of the date first written above.

**SUPER TOWERS, INC.**

By: _____

Name: _Tim   Sheehan_

Title: _Pres_

**COXCOM, LLC d/b/a COX COMMUNICATIONS, INC.**

By: _____

Name: _Andrew I. Albert_

Title: _SVP, Content Acquisition_

- 2 -