# EXHIBIT 3
# (Redacted)

*Execution*

## RETRANSMISSION CONSENT AGREEMENT

This Agreement is made as of this 28th day of December, 2018 ("*Agreement Date*") by and between Mission Broadcasting, Inc. ("*Broadcaster*") and CoxCom, LLC d/b/a Cox Communications ("*Operator*").

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted



6.    **<u>Copyright Matters</u>**.

(a)    <u>Copyrights</u>.  Retransmission of a Station's Signal or any portion thereof pursuant to this Agreement does not convey any license or sublicense in or to the copyrights of and to the underlying programming transmitted by the Station. Operator recognizes Licensee's exclusive right, title and interest in and to the Signal and/or the Stations' copyright licenses to broadcast the

programming and the marks, names and logos of the programming that may hereafter be used. Licensee has no obligation to secure copyright license rights and/or pay applicable copyright fees through individual agreements with copyright owners or through the perfection of compulsory licenses with respect to any programming content of a Station retransmitted over the Systems, and it will remain solely the obligation of Operator to ensure, and Operator warrants that it will so ensure, that its retransmission of all copyrighted programs included in the Station's Signal are appropriately licensed for retransmission on the System under the statutory copyright license or otherwise. Licensee expressly disclaims any representation or warranty concerning the availability of copyrights to programming included in the Signals whether directly or by operation of law. Operator shall indemnify Broadcaster and its affiliates (including controlling persons and related companies), directors, shareholders, members, employees and agents for, and shall hold them harmless from and against, any and all claims, liabilities, costs, damages, losses and expenses which are sustained or incurred by or asserted against any of them and which arise out of (i) any failure by Operator to obtain copyrights for programming or other material in any Program Stream or (ii) any carriage or retransmission of any Signal except as permitted by this Agreement.



Redacted

Redacted

Redacted



Redacted





17.  **Applicable Law**.  This Agreement will be governed by and construed under and in accordance with the laws (excluding the choice of law provisions) of the State of New York subject to applicable provisions of the Act and the FCC's Rules.  Nothing herein shall require any party to take any action that would result in the violation of any applicable federal, state or local law or regulation.

19.  **After-Acquired Stations/Systems**.

*Execution*



Redacted

(c)     <u>All Systems and Stations.</u>  Except as otherwise provided below, for the avoidance of doubt, the provisions of this Section 19 shall control all retransmission of television stations acquired by Broadcaster or an entity directly or indirectly controlling, controlled by or under common control with Broadcaster after the date hereof on all Eligible Systems owned, built or acquired by Operator during the term notwithstanding any conflicting provisions contained in any agreements between Operator and any third party, and shall apply regardless of whether Broadcaster assumes or accepts assignment of any such agreements.

Redacted

Redacted



Redacted

31.     **Entire Agreement**.  This Agreement and the Exhibits attached hereto constitute the entire agreement and understanding between the parties hereto with respect to the subject matter hereof and supersedes all prior or contemporaneous, express or implied, written or oral agreements, representations and conditions between the parties with respect thereto.  All Exhibits referenced in this Agreement are hereby incorporated in this Agreement by reference.  This Agreement may not be modified except in writing executed by both parties.

Redacted

*Execution*

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement as of the date first above written.

**CoxCom, LLC d/b/a Cox Communications**          **Mission Broadcasting, Inc.**

By: _____          By: _____
Name: Andrew I. Albert          Name: Dennis Thatcher
Title: SVP, Content Acquisition          Title: President

20



Redacted



Redacted

