UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COXCOM, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>SUPER TOWERS, INC., ET AL.,<br><br>                    Defendants. | Case No. 1:21-cv-11124-DJC |

<u>DEFENDANTS' MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S
EMERGENCY MOTION FOR DECLARATORY JUDGMENT</u>

Defendants Super Towers, Inc. ("Super Towers") and WNAC, LLC ("WNAC") (jointly "Defendants") respectfully request a **fourteen day** extension of the deadline for Defendants to respond to the Plaintiff's Emergency Motion for Declaratory Judgment. The current deadline to respond to that motion is Monday, August 16, 2021. If granted, the new deadline would be Monday, August 30, 2021.

As grounds for their motion, Defendants state the following:

1. Coxcom, LLC ("Cox") served letters to Defendants and Mission Broadcasting raising the issue of potential breach and dispute over applicable rates on December 29, 2020, and again on January 12, 2021. Defendants responded promptly in January 2021.

2. Cox did not follow up until filing a complaint on July 7, 2021.

3. Super Towers and WNAC were served on July 9, 2021.

4. On Monday, July 26, 2021, counsel for Cox and counsel for Super Towers and WNAC met and conferred about an extension of time for Defendants to respond to the

Complaint. The Parties agreed jointly to an extension until August 9, 2021, with the understanding that Super Towers and WNAC may ultimately seek a longer extension.

5. On Thursday, July 29, 2021, Defendants filed a motion seeking an additional 30 days of extension of time, up through and including August 30, 2021, to answer or otherwise respond to Plaintiff's complaint.

6. The Court has yet to rule on Defendants' pending motion, and no responsive pleadings have been filed.

7. Defendants are simultaneously filing an opposition to Plaintiff's motion for a speedy hearing.

8. Cox presents no compelling reason why an opposition to its Emergency Motion for Declaratory Judgment must be filed before a response to its complaint is filed. Defendants respectfully suggests that it would be more appropriate for their opposition to the Emergency Motion for Declaratory Judgment to be filed contemporaneous with or after their forthcoming response to Cox's complaint.

WHEREFORE, Defendants respectfully request that this Honorable Court extend the deadline for Defendants to respond to Plaintiff's Emergency Motion for Declaratory Judgment until August 30, 2021.

Respectfully submitted,

Super Towers, Inc. and WNAC, LLC

By their attorneys,

/s/ *Andrew R. Dennington*
Andrew R. Dennington  BBO #666892
adennington@connkavanaugh.com
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
Tel: (617) 482-8200

Matthew Solum
(*pro hac vice admission pending*)
Brittney Nagle
(*pro hac vice admission pending*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4688
Email: msolum@kirkland.com

Dated: August 16, 2021

Local Rule 7.1(a)(2) Certification

On August 13, 2021, counsel for Defendants conferred with counsel for Plaintiffs about this motion and counsel for Plaintiffs indicated that Plaintiffs would not assent to this motion.

/s/ *Andrew R. Dennington*

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 16, 2021.

/s/ *Andrew R. Dennington*
Andrew R. Dennington BBO #666892

2886732.1 05831.000