# EXHIBIT A

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Matthew Solum, P.C.
To Call Writer Directly:
+1 212 446 4688
matthew.solum@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

August 18, 2021

Brian O'Connor Watson
Riley Safer Holmes & Cancila LLP
70 Madison St., Ste 2900
Chicago, Illinois 60602
bwatson@rshc-law.com

Re: Notice of Breach

Dear Mr. Watson:

As you know, Mission Broadcasting, Inc. ("Mission") acquired television station WNAC ("WNAC") from WNAC, LLC on June 16, 2021. Pursuant to Section 19(b) of the Mission Retransmission Consent Agreement between Mission and CoxCom, LLC d/b/a Cox Communications ("Cox"), dated December 28, 2018 (the "Agreement"), the Agreement controls the retransmission of WNAC's broadcast signal to Cox's subscribers in the Providence and New Bedford area.

Nevertheless, on July 7, 2021, Cox filed a lawsuit (the "Lawsuit") against Super Towers, Inc. ("Super Towers") and WNAC, LLC (collectively, "Defendants") alleging that a separate retransmission agreement among Cox, WNAC and Super Towers (the "WNAC Retransmission Agreement") somehow governs the retransmission of that broadcast signal. The Lawsuit does not even mention the Agreement.

Cox is continuing to prosecute the Lawsuit and, on August 13, 2021, has ostensibly paid Mission for the retransmission of WNAC's broadcast signal to Cox's subscribers in the Providence and New Bedford area pursuant to the WNAC Retransmission Agreement.

Cox's filing and prosecution of the lawsuit and its August 13, 2021 payment are in breach of the Agreement.

Cox must remedy these breaches within thirty (30) days.

**KIRKLAND & ELLIS LLP**

Brian O'Connor Watson
August 18, 2021
Page 2

    Mission reserves all rights.

                                      Regards,

                                      Matthew Solum, P.C.