UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COXCOM, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>SUPER TOWERS, INC., ET AL.,<br><br>      Defendants. | Case No. 1:21-cv-11124-DJC |

**DEFENDANTS' ASSENTED-TO MOTION TO FILE DOCUMENT UNDER SEAL**

  Pursuant to LR 7.2, defendants Super Towers, Inc. and WNAC, LLC (collectively "Defendants") now move to file under seal a copy of a Retransmission Consent Agreement dated December 28, 2018 between plaintiff CoxCom, LLC ("CoxCom") and non-party Mission Broadcasting, Inc. ("Mission") (hereinafter the "CoxCom-Mission Agreement") that is relevant to this dispute.  As grounds for this motion, Defendants state as follows.

  1.  The CoxCom-Mission Agreement contains non-public and sensitive business information including rate information.  Section 18 of that contract provides in relevant part that: "Neither party will disclose to any third party . . . the terms of this Agreement . . . ."

  2.  On August 2, 2021, plaintiff CoxCom filed an agreed motion for leave to file a copy of the CoxCom-Mission Agreement – which was attached as an exhibit to a declaration filed in support of its motion for declaratory judgment (Dkt. # 17) – under seal.  (Dkt. # 19).  The Court has not yet acted on that motion.

  3.  On August 16, 2021, defense counsel inadvertently e-filed a complete copy of the CoxCom-Mission Agreement as Exhibit 1 to Defendants' Memorandum in Opposition to Plaintiff's Request for Speedy Hearing at Dkt. # 30-1.  The following day, defense counsel

realized the error and requested that the Clerk substitute a redacted copy of the CoxCom-Mission Agreement at Dkt. # 30-1.  The Clerk agreed to do, and thereafter requested that Defendants move to file a complete copy of the CoxCom-Mission Agreement under seal so that both versions of this document are available to the Court.  Defendants now seek to do so by way of this motion.

4. CoxCom has assented to the relief in this motion.

WHEREFORE, Defendants respectfully request that this Court **ALLOW** this motion and permit Defendants to file a copy of the CoxCom-Mission Agreement under seal.   Defendants respectfully request that this document remain sealed until further order of the Court.

Respectfully submitted,

SUPER TOWERS, INC. AND WNAC, LLC,

By their attorneys,

/s/ *Andrew R. Dennington*
Andrew R. Dennington, BBO #666892
CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
Tel: (617) 482-8200
Email: adennington@connkavanaugh.com

Matthew Solum
(*admitted pro hac vice*)
Brittney Nagle
(*admitted pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4688
Email: msolum@kirkland.com

ASSENTED-TO:

COXCOM, LLC, d/b/a COX COMMUNICATIONS,

By its attorneys,

/s/ Brian O'Connor Watson
Patricia Brown Holmes (*pro hac vice*)
Brian O'Connor Watson (*pro hac vice*)
Allison N. Siebeneck (*pro hac vice*)
Jeffrey W. Gordon
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
(312) 471-8700
pholmes@rshc-law.com
bwatson@rshc-law.com
asiebeneck@rshc-law.com

Dated: August 27, 2021

## CERTIFICATE OF SERVICE

I, Andrew R. Dennington, hereby certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 27, 2021.

/s/ *Andrew R. Dennington*
Andrew R. Dennington, BBO #666892

2896213.1 05831.000