UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COXCOM, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SUPER TOWERS, INC., ET AL.,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-11124-DJC |

**DEFENDANTS SUPER TOWERS, INC. AND WNAC, LLC'S MOTION TO DISMISS VERIFIED COMPLAINT**

　　Defendants Super Towers, Inc. ("Super Towers") and WNAC, LLC ("WNAC, LLC") (collectively "Defendants") move to dismiss Plaintiff's verified complaint pursuant to Federal Rule of Civil Procedure 12(b)(7). In support of their motion, Defendants rely on the Complaint and the accompanying Memorandum of Law with supporting Exhibits.

　　Defendants request that the Court grant the motion to dismiss on the grounds that:

　　(1)　Plaintiff failed to name Mission Broadcasting Inc. as a party;

　　(2)　Mission is a necessary party under Federal Rule of Civil Procedure 19;

　　(3)　Mission cannot be joined as a party; and

　　(4)　The action should not continue in Mission's absence.

Respectfully submitted,

Super Towers, Inc. and WNAC, LLC,

By their attorneys,

/s/ *Andrew R. Dennington*
Andrew R. Dennington, BBO #666892
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
Tel: (617) 482-8200
Email: adennington@connkavanaugh.com

Matthew Solum*
Brittney Nagle*
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4688
Email: msolum@kirkland.com
*admitted pro hac vice

Dated: August 30, 2021

Local Rule 7.1(a)(2) Certification

On August 30, 2021, counsel for Defendants conferred with counsel for Plaintiffs about this motion and counsel for Plaintiffs indicated that Plaintiffs would not assent to this motion.

/s/ *Andrew R. Dennington*

CERTIFICATE OF SERVICE

I, Andrew R. Dennington, hereby certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 30, 2021.

/s/ *Andrew R. Dennington*
Andrew R. Dennington, BBO #666892

2899727.1 05831.000